Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

CENTRAL  District of CALIFORNIA

EASTERN Division

| | |
|---|---|
| NATALIE PANOSSIAN-BASSLER; NATALIE PANOSSIAN-BASSLER AS GUARDIAN FOR MINOR CHILD C.B. | ) ) ) ) |
| *Plaintiff(s)* *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* **-v-** | ) ) ) ) ) ) ) ) |
| CITY OF MURRIETA; OFFICER GEORGE RAMSEY; DOES 1-25 | ) ) ) ) ) |
| *Defendant(s)* *(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) |

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*   ☒ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | NATALIE PANOSSIAN-BASSLER |
| Street Address | P.O. BOX 464 |
| City and County | MOORPARK, VENTURA |
| State and Zip Code | CALIFORNIA, 93021 |
| Telephone Number | 805-217-2465 |
| E-mail Address | NATALIEBASSLER@GMAIL.COM |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CITY OF MURRIETA |
| Job or Title *(if known)* | |
| Street Address | 1 TOWN SQUARE |
| City and County | MURRIETA, RIVERSIDE |
| State and Zip Code | CA 92562 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | GEORGE RAMSEY |
| Job or Title *(if known)* | POLICE OFFICER FOR THE CITY OF MURRIETA |
| Street Address | 2 TOWN SQUARE |
| City and County | MURRIETA, RIVERSIDE |
| State and Zip Code | CA, 92562 |
| Telephone Number | 951-304-2677 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C sec 1983; Harassment; Intentional Infliction of Emotional Distress; Negligent Infliction of Emotional Distress; Negligence

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.     If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

        _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached Statement marked as Exhibit A.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$20,000,000 in actual damages for emotional distress and injury to Plaintiff and her minor child C.B., for humiliation to Plaintiff and to her minor child C.B., for talking Plaintiff's property and allowing her lockout of her property unlawfully and without due process of law, allowing trespass onto Plaintiff's property by third parties and for blatant rude and unprofessional conduct and complete ignorance of the law; Mandatory legal training and testing for all officers of the Murrieta Police Department; Mandatory hriing of a legal consultant by the City of Murrieta; Imposition of a Federal Receiver to investigate the discriminatory and unlawul practices of the Murrieta Police Department for failure of the police officers to follow the law, policy and procedure; Termination of employment of Officer George Ramsey for rude, discriminatory, and unprofessional conduct.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          07/27/2021

Signature of Plaintiff

Printed Name of Plaintiff        Natalie Panossian-Bassler

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

STATEMENT – EXHIBIT A

On or about July 28, 2020 at approximately 9:30 a.m. Officer George Ramsey, at the alleged request of realtor Rick Miller, asked for civil standby in regards to a forced walk through of my property located at 27356 Pinyon Street, Murrieta, CA 92562. The sale of the house was forced by the family law court in violation of my constitutional rights at value substantially under market value and by realtor Rick Miller who was immediate next door neighbors with my ex-husband's former attorney. Such conflict of interest was never disclosed.

Officer George Ramsey called me to inquire as to where I was located and advised that he was going to allow the forced entry into my house by the realtor Rick Miller, my abusive ex-husband Robert Bassler, by the buyer and buyer's agents. I informed George Ramsey that he had no right to allow anyone into the house as I had possession of the property and that my property was located in the house. Furthermore, George Ramsey allowed the forced entry without ask for covid release statements from me or from the parties that he allowed enter my property by force.

George Ramsey also allowed a locksmith to change the locks to the property which resulted in me from being locked out of the house.

When I arrived at the property to show George Ramsey an e-mail that the parties who forced entry into the house knew that I had possession, he yelled at me in front of my 6 year old son at the time asking me, "Do you have someone to watch your son in case you get arrested ?" This rude and unprofessional comment in front of my minor son caused my minor son such severe emotional distress that he developed a nervous twitch by picking at his eyelashes, periodic crying by my son in my presence due to his fear that his mother would be arrested, clinginess by my son for fear that he would lose me, and insomnia by my minor son. I suffered insomnia, stress, humiliation in front of the neighbors, and anxiety due to George Ramsey's unprofessional conduct and lack of knowledge of the law.

I was forced to hire a handyman to help me regain possession of my house which I was unlawfully displaced from by George Ramsey.

On or about November 30, 2020, I filed a complaint with the City of Murrieta demanding payment for the harm my son and I had suffered. My request was denied by the City of Murrieta's insurance adjuster Perma on or about March 30, 2021. I was then prompted to file the instant action in Federal Court to seek redress for violation of the rights of myself and my minor son.