Case 5:21-cv-01266-SB-SP   Document 31   Filed 12/29/21   Page 1 of 1

FILED
CLERK, U.S. DISTRICT COURT
December 29, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NATALIE PANOSSIAN-BASSLER,

Plaintiff,

v.

CITY OF MURRIETA and OFFICER GEORGE RAMSEY,

Defendants.

Case No. 5:21-cv-01266-SB-SP

**FINAL JUDGMENT**

For the reasons set forth in the order granting Defendants' motion to dismiss Plaintiff's First Amended Complaint entered this day, it is

ORDERED AND ADJUDGED that Plaintiff Natalie Panossian-Bassler's claims against Defendants City of Murrieta and Officer George Ramsey are DISMISSED on the merits with prejudice.

This is a Final Judgment.

Dated: December 29, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1